IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PREVENTION, LLC, a Nebraska Limited Liability Company,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:15CV256** |
| **V.** | ) ) | |
| **EQ BIOSCIENCES, INC., a Nevada Corporation,** | ) ) ) | **ORDER** |
| **Defendant.** | ) ) | |

Defendant filed a document entitled "Pro se Motion for Leave to File a Late Responsive Pleading and to Obtain Local Counsel." (Filing 10.) The document was signed by John Raffanti, Defendant's CEO & Founder. The document also includes the electronic signature of Eric Awerbuch, an attorney with Emord & Associates, P.C.

The Court has been advised by Mr. Awerbuch does not represent Defendant in this matter. Because Defendant is a corporation and has no attorney of record, the "Pro se Motion for Leave" must be stricken. *See Wilkinson Industries, Inc. v. Taylor's Indus. Services, LLC*, No. 8:06CV402, 2007 WL 1751739, *1 (D. Neb. June 18, 2007) (stating that a corporation may not proceed pro se and that a layperson may not represent a separate legal entity such as a corporation or limited liability company).

**IT IS ORDERED** that the Clerk of Court shall strike Defendant's Pro se Motion for Leave to File a Late Responsive Pleading and to Obtain Local Counsel (filing 10) from the record in this case.

DATED August 19, 2015.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge